CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

## NOTE FROM JURY

As a jury, we have voted to adjourn at 4:15pm in consideration of juror childcare responsibilities. Tomorrow, Friday, February 20th, we will commence deliberations at 9am.

Date: 2/19/25

Time: 10:48

FOREPERSON

CSO Hawkins
10 49 Hrs

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

### NOTE FROM JURY

We the People of the Jury formally request use of the courtroom Easel.

Date: 2/19/26

Time: 1:07PM

FOREPERSON

C80 Hawkins
Gov. 1386 ptg.

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

## NOTE FROM JURY

Can you please print several copies of government exhibit number "800 - Specific Patients Exhibits Chart?"

Date: 2/19/2026
Time: 2:33 pm

FOREPERSON

Sub GSO Hawkins
@ Hawkins

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

### NOTE FROM JURY

We would like more chart paper, please.

Date: 02/19/2026

Time: 4:00

FOREPERSON

2-19-26

1603