CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs. )   Civil/Criminal No.: __23-cr-122__
)
STEVEN A. PRICE )
KEIDI C. MOORE )
)

## NOTE FROM JURY

I need to alert the court deputy to an issue with a fellow juror. There is open & ongoing hostility which has affected me (Juror 13-18) and my ability to function as a juror. I have attempted to limit all social interaction with this juror, but she has persisted in making snide comments to/about me. The jury foreperson has requested to be included in this discussion.

Date: 2/20/26

Time: 10:20am

FOREPERSON

w
by Q!