CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEVEN A. PRICE
KEIDI C. MOORE

Civil/Criminal No.: 23-cr-122

## NOTE FROM JURY

IN REFERENCE TO THE THIRD ELEMENT OF COUNTS 13-21, IS IT NECESSARY UNDER THE LAW TO DETERMINE IF THE DEFENDANT(S) HAD KNOWLEDGE THAT THE WIRE TRANSMISSION INVOLVED TWO OR MORE "STATES" IN ORDER TO SATISFY THE ELEMENT?

Date: 2/25/26
Time: 4:18 PM

FOREPERSON