**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:23-cr-00122 (APM) |
| : | |
| : | |
| **STEVEN PRICE and** : | |
| **KEIDI MOORE,** : | |
| : | |
| **Defendants** : | |
| : | |

**SUPPLEMENT TO**
**DEFENDANT MOORE'S MOTION FOR SUPPLEMENTAL INSTRUCTION**
**CONCERNING KNOWLEDGE AND INTENT AS TO INTERSTATE COMMERCE**

    Defendant Keidi Moore, through undersigned counsel, respectfully seeks to supplement the motion just filed, concerning her request for a supplemental instruction and supplemental argument. Attached here, for the Court's consideration, is a proposed supplemental instruction to the jury.

                                  */s/* Barry Coburn
                                  Barry Coburn, DC Bar No. 358020
                                  Coburn & Eisenstein PLLC
                                  1200 G Street, NW, Suite 800
                                  Washington, DC  20005
                                  202-643-9472
                                  barry@coburngreenbaum.com
                                  *Counsel for Defendant Moore*

\

**CERTIFICATE OF SERVICE**

    I certify that on February 26, 2026, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

                                  /s/ Barry Coburn
                                  _____

DEFENDANT MOORE'S PROPOSED SUPPLEMENTAL INSTRUCTION

MEMBERS OF THE JURY, THANK YOU FOR YOUR NOTE OF LATE YESTERDAY AFTERNOON.  IN RESPONSE, I REFER YOU TO THE INSTRUCTION I PROVIDED AS TO AIDING AND ABETTING.  THIS INSTRUCTION WOULD APPLY TO A DEFENDANT WHO IS NOT ABLE, ON HIS OR HER OWN, TO COMPLETE THE COMMISSION OF A CHARGED OFFENSE.  MY EARLIER INSTRUCTION SAID, IN RELEVANT PART:

> Any person who in some way intentionally participates in the commission of a crime can be found guilty either as an aider and abettor or as a principal offender. . . .
>
> To find that a defendant aided and abetted in committing a crime, you must find that the defendant knowingly associated himself or herself with the commission of the crime, that he or she participated in the crime as something he or she wished to bring about, and that he or she intended by his or her actions to make it succeed.

I ALREADY HAVE INSTRUCTED YOU ON THE ELEMENT OF INTERSTATE COMMERCE WITH RESPECT TO THE CHARGED OFFENSES.  TO HAVE INTENTIONALLY PARTICIPATED IN ANY SUCH OFFENSE, AND TO HAVE KNOWINGLY ASSOCIATED ONESELF WITH THE COMMISSION OF SUCH AN OFFENSE, A DEFENDANT CHARGED AS AN AIDER AND ABETTER MUST HAVE INTENDED AND KNOWN OF THE COMMMISSION OF EACH ELEMENT OF ANY SUCH OFFENSE, INCLUDING THE INTERSTATE COMMERCE ELEMENT.