UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> STEVEN A. PRICE et al., <br><br> Defendants. | Case No. 23-cr-00122 (APM) |

### VERDICT FORM: STEVEN PRICE

We, the jury, find the following as to Defendant Steven Price:

**Count One - Conspiracy to Commit Health Care Fraud**

__X__    _____
Guilty    Not Guilty

If you found Dr. Price guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

__X__    Health Care Fraud

_____    Wire Fraud

**Count Two – Health Care Fraud, Aiding and Abetting and Causing an Act to be Done**

__X__ Guilty          ____ Not Guilty

If you found Dr. Price guilty of this count, please specify the element(s) as to which you are unanimous:

__X__ to defraud any health care benefit program

__X__ to obtain money or property owned by, or under the custody or control of, a health care benefit program, in connection with the delivery of or payment for health care services by means of materially false or fraudulent pretenses, representations, or promises

**Count Three – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4408, on or about November 26, 2018)**

__X__ Guilty          ____ Not Guilty

**Count Four – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5126, on or about November 27, 2018)**

__X__ Guilty          ____ Not Guilty

**Count Five – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

__X__ Guilty          ____ Not Guilty

**Count Six – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 11, 2019)**

____X____        _____
  Guilty              Not Guilty

**Count Seven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 807, on or about July 1 to July 9, 2019)**

____X____        _____
  Guilty              Not Guilty

**Count Eight – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 1, 2019)**

____X____        _____
  Guilty              Not Guilty

**Count Nine – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 20, 2020)**

____X____        _____
  Guilty              Not Guilty

**Count Ten – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 13, 2020)**

____X____        _____
  Guilty              Not Guilty

**Count Eleven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 12, 2021)**

____X____        _____
  Guilty              Not Guilty

3

**Count Twelve** – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about June 24, 2021)

__X__ Guilty     ____ Not Guilty

**Count Thirteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 4408 and 5126, on or about November 28, 2018)

__X__ Guilty     ____ Not Guilty

**Count Fourteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)

__X__ Guilty     ____ Not Guilty

**Count Fifteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 18, 2019)

__X__ Guilty     ____ Not Guilty

**Count Sixteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 807 and 5313, on or about July 11, 2019)

__X__ Guilty     ____ Not Guilty

**Count Seventeen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 8, 2019)

__X__ Guilty     ____ Not Guilty

**Count Eighteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 27, 2020)

___✗___  _____
Guilty      Not Guilty

**Count Nineteen** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 16, 2020)

___✗___  _____
Guilty      Not Guilty

**Count Twenty** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 14, 2021)

___✗___  _____
Guilty      Not Guilty

**Count Twenty-One** – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about July 1, 2021)

___✗___  _____
Guilty      Not Guilty

This is our unanimous verdict.

___3/4/2026___
DATE

FOREPERSON/JUROR NO.