**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 23-cr-00122 (APM)** |
| **STEVEN A. PRICE et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## VERDICT FORM: KEIDI MOORE

We, the jury, find the following as to Defendant Keidi Moore:

**Count One - Conspiracy to Commit Health Care Fraud**

‎        X‎
‎‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                       Not Guilty

If you found Ms. Moore guilty of this count, please specify the object(s) of the

conspiracy as to which you are unanimous:

‎    X‎    Health Care Fraud

‎‾‾‾‾‾‾‾‾    Wire Fraud

**Count Two – Health Care Fraud, Aiding and Abetting and Causing an Act to be Done**

X
_____        _____
Guilty                 Not Guilty

If you found Ms. Moore guilty of this count, please specify the element(s) as to which you are unanimous:

X        to defraud any health care benefit program

X        to obtain money or property owned by, or under the custody or control of,
         a health care benefit program, in connection with the delivery of or
         payment for health care services by means of materially false or fraudulent
         pretenses, representations, or promises

**Count Three – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4408, on or about November 26, 2018)**

_____        X
Guilty                 _____
                       Not Guilty

**Count Four – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5126, on or about November 27, 2018)**

X
_____        _____
Guilty                 Not Guilty

**Count Five – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

X
_____        _____
Guilty                 Not Guilty

**Count Six – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 11, 2019)**

Guilty                    Not Guilty

**Count Seven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 807, on or about July 1 to July 9, 2019)**

Guilty                    Not Guilty

**Count Eight – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 1, 2019)**

Guilty                    Not Guilty

**Count Nine – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 20, 2020)**

Guilty                    Not Guilty

**Count Ten – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 13, 2020)**

Guilty                    Not Guilty

**Count Eleven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 12, 2021)**

Guilty                    Not Guilty

3

**Count Twelve – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about June 24, 2021)**

_____X_____              _____
   Guilty                    Not Guilty

**Count Thirteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 4408 and 5126, on or about November 28, 2018)**

_____X_____              _____
   Guilty                    Not Guilty

**Count Fourteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

_____X_____              _____
   Guilty                    Not Guilty

**Count Fifteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 18, 2019)**

_____X_____              _____
   Guilty                    Not Guilty

**Count Sixteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 807 and 5313, on or about July 11, 2019)**

_____              _____X_____
   Guilty                    Not Guilty

**Count Seventeen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 8, 2019)**

_____X_____              _____
   Guilty                    Not Guilty

4

**Count Eighteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 27, 2020)**

X
_____         _____
Guilty                          Not Guilty

**Count Nineteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 16, 2020)**

X
_____         _____
Guilty                          Not Guilty

**Count Twenty – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 14, 2021**

                               X
_____         _____
Guilty                          Not Guilty

**Count Twenty-One – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about July 1, 2021**

X
_____         _____
Guilty                          Not Guilty

3/4/2026
_____
DATE

This is our unanimous verdict.

_____
FOREPERSON/JUROR NO.

5