**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal Case No. 23-cr-122-1 (APM)** |
| **v.** | : | |
| | : | |
| **STEVEN PRICE,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER OF FORFEITURE**

***WHEREAS***, the Indictment alleged the forfeiture of property, that is, forfeiture of: (a) any property, real or personal, which constitutes or is derived directly or indirectly from gross proceeds traceable to the violations alleged in Count One through Count Twelve, pursuant to 18 U.S.C. § 982(a)(7); and (b) any property, real or personal which constitutes or is derived from proceeds traceable to the violations alleged in Count One, and Count Thirteen through Count Twenty-One, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

***WHEREAS***, the Indictment further alleged that the United States would seek a forfeiture money judgment against defendant in the amount (a) equal to the value of any property, real or personal, which constitutes or is derived directly or indirectly from gross proceeds traceable to violations of from proceeds traceable to the violations alleged in Count One through Count Twelve, pursuant to 18 U.S.C. § 982(a)(7); and (b) equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to violations alleged in Count One, and Count Thirteen through Count Twenty-One, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

***WHEREAS,*** on March 4, 2026, a jury found the defendant guilty of all of the counts in the Indictment: Count One, Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Counts Two, Healthcare Fraud, in violation of 18 U.S.C. § 1347; Count Three

through Twelve, False Statements Related to a Healthcare Matter, in violation of 18 U.S.C. § 1035; Counts Thirteen through Count Twenty-One, Wire Fraud, in violation of 18 U.S.C. § 1341;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the evidence presented at trial, that any property, real or personal, which constitutes or is derived directly or indirectly from gross proceeds traceable to violations alleged in Count One through Count Twelve is subject to forfeiture pursuant 18 U.S.C. § 982(a)(7);

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the evidence presented at trial, that any property, real or personal, which constitutes or is derived from proceeds traceable to violations alleged in Count One, and Count Thirteen through Count Twenty-One, is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

***WHEREAS***, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the evidence at trial, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount **of $3,441,835** is appropriate, insofar as this property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c).

***WHEREAS***, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

***WHEREAS***, that the proceeds defendant personally obtained have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of

Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, which constitutes or is derived directly or indirectly from gross proceeds traceable to the violations alleged in Count One through Count Twelve, to which defendant has been found guilty.

2. That the following property is declared forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal which constitutes or is derived from proceeds traceable to the violations alleged in Count One, and Count Thirteen through Count Twenty-One, to which defendant has been found guilty.

3. A forfeiture money judgment in the amount of **$3,441,835** is entered against the defendant and in favor of the United States.

4. The Court finds that the proceeds that the defendant personally obtained as a result of the offenses to which he has been found guilty of have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

7. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal

Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

8. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 18th day of September 2026.

Amit P Mehta

Digitally signed by Amit P Mehta
Date: 2026.09.18 08:19:44 -04'00'

AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE